```
PROB 35
(4/81)                    Report and Order Terminating Probation
                              Prior to Original Expiration Date
```

## UNITED STATES DISTRICT COURT

FOR THE

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 02-10001-001 |
| | ) | |
| MICHAEL J. BAKER | ) | |

On April 23, 2003, the above-named was placed on supervised release for a period of three years.  The supervised releasee has complied with the rules and regulations of supervision and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

s/Jason R. Hunt

_____
JASON R. HUNT
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __5th__ day of July, 2005

s/Joe B. McDade
HONORABLE JOE BILLY McDADE
United States District Judge